FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTEO ROQUE ROQUE,<br><br>    Defendant. | NO: 2:25-CR-0018-TOR<br><br>ORDER DISMISSING INDICTMENT WITH PREJUDICE |

BEFORE THE COURT is the government's Oral Motion to Dismiss Indictment. The Government seeks to dismiss the indictment in this matter pursuant to Fed. R. Crim. P. 48(a). For good cause shown, the Court grants the motion, but makes no judgment as to the merit or wisdom of this dismissal.

**Accordingly, IT IS HEREBY ORDERED**:

1. The government's Oral Motion to Dismiss Indictment With Prejudice is **GRANTED**.

ORDER DISMISSING INDICTMENT WITH PREJUDICE ~ 1

2. All pending motions are **DENIED as moot** and all pending hearing and trial dates are stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

**DATED** October 1, 2025.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING INDICTMENT WITH PREJUDICE ~ 2